UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   04 CV 3692 (NG) (VVP)
UNITED STATES OF AMERICA,

          **Plaintiff,**

 - against -                                        ORDER

**DIANE BARKLEY, JACQUELYN BARKLEY,
WASHINGTON MUTUAL BANK, and
CHASE MANHATTAN BANK,**

          **Defendants.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

    The unopposed report and recommendation issued by Magistrate Judge Pohorelsky on July 12, 2006 is hereby adopted. The court shall so order the Stipulation and Agreed Order filed by the government and defendant Washington Mutual Bank on February 1, 2006.

                               **SO ORDERED.**

                               /S/
                            **NINA GERSHON
                            United States District Judge**

Dated: Brooklyn, New York
      July 31, 2006